Matthew H. Capron (Bar No. CA 303941)
Capron Law Offices
2220 Otay Lakes Rd Suite 502-92
Chula Vista, CA 91915
Tel: (619) 869-8181
Fax: (619) 638-8181
Email: mattcapron@yahoo.com

Attorneys for Plaintiff Luminence, LLC,

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMINENCE, LLC, | CASE NUMBER: 3:17-cv-01110-WQH-BLM |
| Plaintiff, | |
| vs. | REQUEST FOR COURT TO CONSIDER ADDITIONAL EVIDENCE FOR ATTORNEYS FEES AND COSTS AFTER DEFAULT JUDGMENT |
| TOP LIGHTING CORPORATION, JULIUS, INC., | |
| Defendants. | |

## REQUEST FOR ATTORNEYS FEES AND COSTS

Plaintiff, by and through counsel, hereby files his Request for Attorneys Fees and Costs, subsequent to default judgment in Plaintiff's favor. Plaintiff requests an award of $4,667.04 for attorneys fees and costs. Attorneys fees in the amount of $4,200 and costs in the amount of $467.04 represent amounts incurred through January 3, 2018. Plaintiff reserves the right to submit a supplemental motion for any later fees or costs.

If a plaintiff registers his/her copyright with the Copyright Office *before* the defendant infringes the copyright, *and* if the plaintiff wins the copyright infringement

litigation, then courts may order the defendant to reimburse plaintiff's attorneys fees, under 17 U.S.C. §§ 412, 505.

  In this case attorneys fees are warranted.  Defendant continuously sold products utilizing the copyright protected images of Plaintiff, even after receiving notice to cease and desist.  Furthermore Defendant did not even appear in this case after being properly served.

  Plaintiff respectfully requests an award for fees and costs in the amount of $4,667.04 to be added to the judgment amount in this case.

Dated: January 3, 2018      Respectfully submitted,
CAPRON LAW OFFICES

By: s/Matthew Capron
MATTHEW CAPRON

Attorneys for Luminence, LLC
email: mattcapron@yahoo.com