Matthew H. Capron (Bar No. CA 303941)
Capron Law Offices
2220 Otay Lakes Rd Suite 502-92
Chula Vista, CA 91915
Tel: (619) 869-8181
Fax: (619) 638-8181
Email: mattcapron@yahoo.com

Attorneys for Plaintiff Luminence, LLC,

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMINENCE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TOP LIGHTING CORPORATION, JULIUS, INC.,<br><br>Defendants. | CASE NUMBER: 3:17-cv-01110-WQH-BLM<br><br>DECLARATION OF MATTHEW CAPRON IN SUPPORT OF REQUEST FOR COURT TO CONSIDER ADDITIONAL EVIDENCE |

### DECLARATION IN SUPPORT OF REQUEST FOR COURT TO CONSIDER ADDITIONAL EVIDENCE RE: ATTORNEYS FEES AND COSTS

Matthew Capron hereby declares as follows:

1. I am the attorney for Plaintiff in this action.

2. This action was commenced pursuant to 17 U.S.C. §§ 106(1), 501, and 1202, and 815 I.L.C.S. § 510 *et seq*.

3. The court awarded $4,500 in statutory damages to Plaintiff in this case on December 20, 2018.

4. The court authorized Plaintiff to provide additional information regarding attorneys fees and costs until January 9, 2018.

5. I am an attorney with 2.5 years experience. I charge $300 per hour, which falls within the range of rates charged in San Diego County for attorneys with comparable experience in similar practice areas.

6. I did not include fees for drafting and submitting this request for the court to consider additional information.

7. Plaintiff has incurred the following attorneys fees and costs:

| Attorneys Fees: | Hours | Rate | Total |
|---|---|---|---|
| Consultation and evaluation | 0.5 | $300 | $   150.00 |
| Complaint | 4.0 | $300 | $1,200.00 |
| Research/Review | 3.5 | $300 | $1,050.00 |
| Default Motion | 4.0 | $300 | $1,200.00 |
| Communications/meetings | 2.0 | $300 | $   600.00 |
| Costs: | | | |
| Filing fee | | | $   400.00 |
| Process server | | | $     67.04 |
| **TOTAL** | | | **$4,667.04** |

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due and reasonable.

Dated: January 3, 2018

Respectfully submitted,
CAPRON LAW OFFICES

By: s/Matthew Capron
MATTHEW CAPRON

Attorneys for Luminence, LLC
email: mattcapron@yahoo.com